# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:05CR421 |
| vs. | |
| CARLOS SANCHEZ, | ORDER |
| Defendant. | |

Defendant Carlos Sanchez appeared before the court on February 6, 2019 on a Petition for Offender Under Supervision [85]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer.

The government did not request detention, therefore, the defendant was not entitled to a preliminary examination. I find that the Petition alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

Due to the government not requesting detention, the defendant will be released on current terms and conditions of supervision.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 21, 2019, at 8:30 a.m. The defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 7th day of February, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge